```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____

FRANK ROY,

              Plaintiff,          Civil No. 14-3554 (NLH/JS)

v.                                    **MEMORANDUM OPINION**
                                        **AND ORDER**

HOMESITE INSURANCE,

              Defendant.

_____

**APPEARANCES:**

Frank Roy
998 W. Landis Ave, Unit 121
Vineland, New Jersey 08360

    *Pro Se Plaintiff*

**HILLMAN, District Judge**

    This matter having come before the Court by way of Plaintiff's renewed application [Doc. No. 6] to proceed <u>in forma pauperis</u> ("IFP application") in this action and by way of Plaintiff's amended complaints [Doc. Nos. 3, 5] submitted to the Court on July 9, 2014 and July 22, 2014; and

    The Court having denied Plaintiff's first IFP application because Plaintiff failed to sign and date the Affidavit in support of the application; and

1

Plaintiff having filed a renewed application on July 22, 2014 which contains an affidavit stating that he is unable to pay the costs of these proceedings; and

The Court noting that on October 15, 2014, subsequent to Plaintiff's filing of the revised IFP application, Plaintiff filed two separate civil actions and paid the filing fee of $400 in each of those actions, see Roy v. Trident Insurance Agency, Civil Action No. 1:14-cv-6369-NLH-KMW and Roy v. Winarski, Civil Action No. 1:14-cv-6370-NLH-KMW; and

The Court further noting that on November 14, 2014, Plaintiff filed another civil action, Roy v. Nationwide, Civil Action No. 1:14-cv-7129-RBK-KMW, and paid the $400 filing fee; and

It therefore appearing to the Court that Plaintiff's financial condition has changed since the filing of his revised IFP application, and that Plaintiff now has sufficient assets to pay the filing fee in this action.

Accordingly,

IT IS on this   17th   day of   December  , 2014, hereby

**ORDERED** that Plaintiff's renewed IFP Application [Doc. No. 6] shall be, and hereby is, **DENIED**.  Plaintiff must submit the

2

filing fee in the amount of $400 within ten (10) days of entry of this Order or the case will be dismissed.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J |